UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON SINGLETON,

                Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT, et al.,

                Defendants.

1:20-CV-9699 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued July 1, 2021, dismissing this action,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under federal law as frivolous, for failure to state a claim on which relief may be granted, for seeking monetary relief from defendants that are immune from such relief, *see* 28 U.S.C. § 1915(e)(2)(B)(i), (ii), (iii), as well as under the *Younger* abstention doctrine. To the extent that Plaintiff asserts claims for *habeas corpus* relief under 28 U.S.C. § 2241, the Court dismisses those claims without prejudice. The Court declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law. *See* 28 U.S.C. § 1367(c)(3).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  July 1, 2021
         New York, New York

                                        *Louis L. Stanton*
                                          Louis L. Stanton
                                              U.S.D.J.